UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EVOLUTION LOGISTICS CORPORATION )
)
)
     Plaintiff, )    Case No.
)
vs. )
)
 EFL GLOBAL LLC )
)
     Defendant. )
)
_____/

## COMPLAINT

COMES NOW, Plaintiff, EVOLUTION LOGISTICS CORPORATION (hereinafter "Evolution"), and sues Defendant, EFL GLOBAL LLC (hereinafter "EFL"), and alleges:

## THE PARTIES, JURISDICTION AND VENUE

1.    Plaintiff, Evolution Logistics Corporation, is a Florida corporation located at 9800 NW 100 Rd, Suite 1, Medley, FL 33178 and is a logistics provider and third-party transportation intermediary.

2.    Defendant, EFL Global LLC, is a New York limited liability logistics services provider and is also a third-party transportation intermediary, with its principal place of business located at 1975 Linden Blvd., Suite 200, Elmont, NY 11003 with an office in Doral, Florida.

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as the matter in controversy exceeds the sum of $378,402.25, exclusive of attorney's fees, interest, and costs, and the parties are citizens of different states.

4.     Venue is proper in this District because the cause of action accrued in Miami-Dade County, FL, because both parties maintain a physical presence and business operations in this District, and because the sums claimed are payable in this District.

## GENERAL ALLEGATIONS

5.     In June 2020, Plaintiff entered into an agreement with Defendant to perform the services of warehousing, devanning, segregation, marking, and redelivery, among other things, of personal/surgical protective gear at the instruction of and for the account of Defendant.

6.     The services rendered by Plaintiff pursuant to this agreement (hereinafter referred to as "California Parkdale Project") resulted in an account balance of $336,402.25.

7.     Rather than delivering the agreed thirty five (35) ocean containers per week for the services mentioned in (5) above, Defendant delivered seventy five (75) containers per week.

8.     As a result of this unilateral modification of the terms of the original agreement by Defendant, it pre-approved an additional $42,000 per month rent and agreed to reimburse Plaintiff for leasing and staffing a second temporary warehouse facility to handle the overflow of goods.

9.     Defendant accepted the benefit of the second warehouse but has refused to pay any of the promised reimbursement.

10.     Defendant has also failed to pay for additional staff and supplies such as pallets required to operate the additional warehouse.

11.     Defendant at all times was indebted to Plaintiff for work performed on matters other than the California Parkdale Project.

12.     Plaintiff has on a weekly basis demanded payment from Defendant for California Parkdale Project services and those services rendered on behalf of separate matters, and expenses advanced.

13.     Despite numerous demands, to date, Defendant has failed to pay its obligations in the total amount of not less than $378,402.25, which remains due and owed to Plaintiff.

14.     Defendant has further declared that a portion of the withheld funds still due under the agreement, $204,721.20, are being unilaterally retained by Defendant to make it whole for having paid the claim of third party against Defendant arising from a separate and distinct contract to which Plaintiff was not a party.

15.     All conditions precedent to bringing this action have either been complied with or waived.

## COUNT I – BREACH OF WRITTEN CONTRACT

16.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 15 as fully set forth above.

17.     Pursuant to an offer made by Evolution and accepted by EFL via emails, Defendant EFL  hired Evolution to procure a warehouse in California, obtain equipment and staff to receive and unload 35 (thirty-five) ocean containers a week, segregate personal protective equipment (PPE) from those ocean containers according to destinations

specified by an Importer, Parkdale, and the Federal Emergency Management Agency (FEMA), and also arrange delivery to the specified destinations.

18.     Defendant agreed to pay Plaintiff for all services rendered and expenses pursuant to a written agreement.

19.     Plaintiff performed services and advanced expenses pursuant to its agreement with Defendant.

20.     Despite Plaintiff's performance of its obligations under the agreement with Defendant, Defendant breached its agreement with Plaintiff when it refused to pay, upon receipt of Plaintiff's invoice, for Plaintiff's services pursuant to the written agreement.

21.     Plaintiff has made numerous demands upon Defendant, including sending Defendant Plaintiff's invoice of fees and expenses. Despite this, Defendant has failed to pay and continues to refuse to pay.

22.     As a result of Defendant's breach of the agreement with Plaintiff (i.e. Defendant's refusal to pay Plaintiff for its services), Plaintiff has been damaged in the amount not less than $378,402.255.

23.     In addition to the principal amount outstanding, Defendant is obligated to Plaintiff for pre-judgment interest and costs,

**WHEREFORE,** Plaintiff prays for judgment against Defendant, EFL, in the sum not less than $378,402.25 and any such further relief the court may deem appropriate.

## COUNT II – BREACH OF ORAL CONTRACT

24.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 23 as fully set forth above.

25.     Soon after performance of the agreed services began, EFL began sending up to 75 (seventy-five) ocean containers per week for Defendant to handle despite the

original contract providing for the unloading of only 35 (thirty-five) ocean containers. Plaintiff notified Defendant repeatedly both orally and in writing that the warehouse dedicated to handle the containers had insufficient doors and space for the great overflow.

26.    Plaintiff informed Defendant that an additional vacant warehouse with the capacity to relieve the overflow was located adjacent to the original warehouse and could be leased monthly for the sum of $42,000.

27.    Defendant authorized Plaintiff to lease the warehouse and agreed to reimburse Plaintiff for all expenses incurred as a result.

28.    Acting on the oral promise of Defendant, Plaintiff leased the additional warehouse.

29.    Defendant has failed to reimburse Plaintiff for the expenses incurred on behalf of and at the request of Defendant in relation to the lease of an additional warehouse.

30.    Plaintiff has made repeated demands upon Defendant, including sending Defendant Plaintiff's statement and expenses, and despite this, Defendant has failed and continues to refuse to pay for the additional facility.

31.    As a result of Defendant's refusal to reimburse Plaintiff for expenses incurred on behalf of and at the request of Defendant, Plaintiff has been damaged in the amount of $42,000.00.

**WHEREFORE**, Plaintiff prays for judgment against Defendant EFL in the sum of $42,000.00 together with interest, and any such further relief the court deems appropriate for the second warehouse lease.

## COUNT III – BREACH OF CONTRACT IMPLIED IN LAW ("QUASI CONTRACT")

32.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 31 as fully set forth above.

33.     Plaintiff argues in the alternative that it has conferred a benefit on Defendant EFL by renting a second temporary warehouse for $42,000.00, providing services and advancing expenses for labor and other expenses relating thereto for the benefit of EFL, for which EFL has failed and refuses to pay.

34.     Defendant had and has knowledge of this benefit being conferred upon it by Plaintiff.

35.     Defendant has accepted and retained the benefit conferred.  Defendant received Plaintiff's services and employed it for its use and benefit under a separate contract with a third party.

36.     In accepting the benefit conferred upon it by Plaintiff, the circumstances are such that it would be inequitable for Defendant to retain the benefit without paying fair value for it.

**WHEREFORE,** Plaintiff prays for judgment against Defendant EFL in the amount of $42,000.00, together with interest, costs and such further relief as the court deems appropriate for the second warehouse lease.

## COUNT IV – CONVERSION

37.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 36 as fully set forth above.

38.     Plaintiff rendered services to Defendant. As a direct result of the services rendered by Plaintiff, Defendant collected on third-party contracts. Part of the funds collected rightfully belong to Plaintiff.

39.     Defendant has appropriated monies owed to Plaintiff in the amount of $204,721.20 for the purpose of satisfying a claim made upon it by a third party, thus depriving Plaintiff of specific money to which Plaintiff possesses an immediate right to possess.

40.     Defendant admitted its intention to deprive Plaintiff of these $204,721.20 in written correspondence.

41.     Plaintiff has repeatedly demanded the amount in question but Defendant has repeatedly refused to give this money to its rightful owner.

42.     Although there is a contractual relationship between the parties, Defendant's affirmative and intentional conversion of funds to which Plaintiff holds an immediate right to possess for the purposes of satisfying a claim brought solely upon Defendant by a third party goes beyond, and is independent from, a failure to comply with the terms of their contract.

43.     As a result of Defendant's conversion, Plaintiff has suffered damages in the amount of $204,721.20.

**WHEREFORE**, Plaintiff prays for judgment of conversion against Defendant EFL in the sum of $204,721.20 together with interest, and any such further relief the court deems appropriate.

## COUNT V - ACCOUNT STATED

44.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 43 as fully set forth above.

45.     Before the institution of this action, Plaintiff and Defendant had business transactions between them for which Plaintiff routinely invoiced Defendant.

46.     Upon receipt by Defendant of said invoices for services rendered and expenses incurred by Plaintiff, Defendant did not object to the invoices within a reasonable period of time.

47.     Defendant has failed to pay Plaintiff the total balance of the account stated in the invoices (copy attached).

48.     Defendant owes Plaintiff not less than $378,402.25 for invoiced services that are due with interest since at least August 2020 including $42,000.00 for a second leased warehouse and expenses related thereto.

**WHEREFORE**, Plaintiff prays for judgment against Defendant EFL in the sum of not less than $378,402.25, together with interest, and any such further relief the court deems appropriate.

 DATED: March 17, 2021

Respectfully submitted,


**THE MOONEY LAW FIRM, LLC**
/s/ Shanshan Liang
Shanshan Liang, Esquire
Florida Bar No. 112991
2717 Neuchatel Drive
Tallahassee, Florida 32303
Tel: 850.893.0670
sliang@customscourt.com

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|---|
| 3/15/2021 |

| To: |
|---|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
|---|---|
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/24/2020 | INV #14G-65281. Due 06/23/2020. Orig. Amount $274.50. Master # G00049982; Reference G00049982 | 274.50 | 274.50 |
| 05/24/2020 | INV #14G-65280. Due 06/23/2020. Orig. Amount $1,114.02. Warehouse Receipt 59679LAXEL | 1,114.02 | 1,388.52 |
| 06/03/2020 | PMT ACH. op 14G-64890 & 64891 | -146.08 | 1,242.44 |
| 06/17/2020 | PMT ACH. OP 54518 | -25.00 | 1,217.44 |
| 08/06/2020 | INV #14G-67129. Due 09/05/2020. Orig. Amount $1,637.50. Warehouse Receipt 63041LAEFL | 52.50 | 1,269.94 |
| 08/06/2020 | INV #14G-67128. Due 09/05/2020. Orig. Amount $1,665.00. Warehouse Receipt 63231LAEFL | 30.00 | 1,299.94 |
| 08/06/2020 | INV #14G-67127. Due 09/05/2020. Orig. Amount $1,705.00. Warehouse Receipt 63232LAEFL | 30.00 | 1,329.94 |
| 08/06/2020 | INV #14G-67124. Due 09/05/2020. Orig. Amount $1,585.00. Warehouse Receipt 63151LAEFL | 30.00 | 1,359.94 |
| 08/06/2020 | INV #14G-67115. Due 09/05/2020. Orig. Amount $1,440.00. Warehouse Receipt 63043LAEFL | 30.00 | 1,389.94 |
| 08/06/2020 | INV #14G-67112. Due 09/05/2020. Orig. Amount $1,660.00. Warehouse Receipt 63152LAEFL | 30.00 | 1,419.94 |
| 08/06/2020 | INV #14G-67111. Due 09/05/2020. Orig. Amount $1,650.00. Warehouse Receipt 63154LAEFL | 30.00 | 1,449.94 |
| 08/06/2020 | INV #14G-67110. Due 09/05/2020. Orig. Amount $1,650.00. Warehouse Receipt 63153LAEFL | 30.00 | 1,479.94 |
| 08/22/2020 | INV #14G-67607. Due 09/21/2020. Orig. Amount $2,061.00. Warehouse Receipt 63841LAEFL | 2,061.00 | 3,540.94 |
| 08/24/2020 | INV #14G-67704. Due 09/23/2020. Orig. Amount $1,882.00. Warehouse Receipt 63332LAEFL | 1,882.00 | 5,422.94 |
| 08/26/2020 | INV #14G-67835. Due 09/25/2020. Orig. Amount $1,579.00. Warehouse Receipt 64727LAEFL | 1,579.00 | 7,001.94 |
| 08/26/2020 | INV #14G-67807. Due 09/25/2020. Orig. Amount $2,816.00. Warehouse Receipt 64178LAEFL | 2,816.00 | 9,817.94 |
| 08/26/2020 | INV #14G-67803. Due 09/25/2020. Orig. Amount $3,735.00. Warehouse Receipt 64167LAEFL | 3,735.00 | 13,552.94 |
| 08/26/2020 | INV #14G-67797. Due 09/25/2020. Orig. Amount $1,718.00. Warehouse Receipt 64726LAEFL | 1,718.00 | 15,270.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
| --- | --- |
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 08/28/2020 | INV #14G-67920. Due 09/27/2020. Orig. Amount $2,912.00. Warehouse Receipt 64132LAEFL | 2,912.00 | 18,182.94 |
| 08/29/2020 | INV #14G-68030. Due 09/28/2020. Orig. Amount $1,885.00. Pickup Order 1218LAEFL | 1,885.00 | 20,067.94 |
| 08/29/2020 | INV #14G-68027. Due 09/28/2020. Orig. Amount $915.00. Pickup Order 1142LAEFL | 915.00 | 20,982.94 |
| 08/29/2020 | INV #14G-68023. Due 09/28/2020. Orig. Amount $2,864.00. Warehouse Receipt 64900LAEFL | 2,864.00 | 23,846.94 |
| 08/29/2020 | INV #14G-68013. Due 09/28/2020. Orig. Amount $810.00. Pickup Order 1199LAEFL | 810.00 | 24,656.94 |
| 08/29/2020 | INV #14G-67998. Due 09/28/2020. Orig. Amount $880.00. Pickup Order 1098LAEFL | 880.00 | 25,536.94 |
| 08/29/2020 | INV #14G-67995. Due 09/28/2020. Orig. Amount $880.00. Pickup Order 1117LAEFL | 880.00 | 26,416.94 |
| 08/29/2020 | INV #14G-67985. Due 09/28/2020. Orig. Amount $1,955.00. Warehouse Receipt 64125LAEFL | 1,955.00 | 28,371.94 |
| 08/29/2020 | INV #14G-67982. Due 09/28/2020. Orig. Amount $2,779.00. Warehouse Receipt 64805LAEFL | 2,779.00 | 31,150.94 |
| 08/29/2020 | INV #14G-67975. Due 09/28/2020. Orig. Amount $3,766.00. Warehouse Receipt 64330LAEFL | 3,766.00 | 34,916.94 |
| 08/31/2020 | INV #14G-68117. Due 09/30/2020. Orig. Amount $2,020.00. Warehouse Receipt 64534LAEFL | 2,020.00 | 36,936.94 |
| 08/31/2020 | INV #14G-68100. Due 09/30/2020. Orig. Amount $780.00. Pickup Order 1207LAEFL | 780.00 | 37,716.94 |
| 08/31/2020 | INV #14G-68089. Due 09/30/2020. Orig. Amount $1,922.00. Warehouse Receipt 64744LAEFL | 1,922.00 | 39,638.94 |
| 09/01/2020 | INV #14G-68195. Due 10/01/2020. Orig. Amount $2,027.00. Warehouse Receipt 64785LAEFL | 2,027.00 | 41,665.94 |
| 09/01/2020 | INV #14G-68194. Due 10/01/2020. Orig. Amount $2,044.00. Warehouse Receipt 64797LAEFL | 2,044.00 | 43,709.94 |
| 09/01/2020 | INV #14G-68193. Due 10/01/2020. Orig. Amount $1,867.00. Warehouse Receipt 64925LAEFL | 1,867.00 | 45,576.94 |
| 09/01/2020 | INV #14G-68192. Due 10/01/2020. Orig. Amount $153.00. Warehouse Receipt 65142LAEFL | 153.00 | 45,729.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
| --- | --- |
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 09/01/2020 | INV #14G-68191. Due 10/01/2020. Orig. Amount $136.00. Warehouse Receipt 65078LAEFL | 136.00 | 45,865.94 |
| 09/01/2020 | INV #14G-68179. Due 10/01/2020. Orig. Amount $880.00. Pickup Order 1138LAEFL | 880.00 | 46,745.94 |
| 09/01/2020 | INV #14G-68177. Due 10/01/2020. Orig. Amount $845.00. Pickup Order 1136LAEFL | 845.00 | 47,590.94 |
| 09/01/2020 | INV #14G-68176. Due 10/01/2020. Orig. Amount $915.00. Pickup Order 1144LAEFL | 915.00 | 48,505.94 |
| 09/01/2020 | INV #14G-68175. Due 10/01/2020. Orig. Amount $2,467.00. Warehouse Receipt 64781LAEFL | 2,467.00 | 50,972.94 |
| 09/01/2020 | INV #14G-68173. Due 10/01/2020. Orig. Amount $880.00. Pickup Order 1102LAEFL | 880.00 | 51,852.94 |
| 09/01/2020 | INV #14G-68164. Due 10/01/2020. Orig. Amount $1,558.00. Warehouse Receipt 64685LAEFL | 1,558.00 | 53,410.94 |
| 09/01/2020 | INV #14G-68163. Due 10/01/2020. Orig. Amount $1,558.00. Warehouse Receipt 64656LAEFL | 1,558.00 | 54,968.94 |
| 09/03/2020 | INV #14G-68271. Due 10/03/2020. Orig. Amount $1,020.00. Pickup Order 1025LAEFL | 1,020.00 | 55,988.94 |
| 09/03/2020 | INV #14G-68270. Due 10/03/2020. Orig. Amount $1,620.00. Warehouse Receipt 64170LAEFL | 1,620.00 | 57,608.94 |
| 09/03/2020 | INV #14G-68269. Due 10/03/2020. Orig. Amount $1,546.00. Warehouse Receipt 64168LAEFL | 1,546.00 | 59,154.94 |
| 09/03/2020 | INV #14G-68268. Due 10/03/2020. Orig. Amount $2,117.00. Warehouse Receipt 63854LAEFL | 2,117.00 | 61,271.94 |
| 09/04/2020 | INV #14G-68332. Due 10/04/2020. Orig. Amount $2,521.00. Warehouse Receipt 64944LAEFL | 2,521.00 | 63,792.94 |
| 09/04/2020 | INV #14G-68331. Due 10/04/2020. Orig. Amount $2,117.00. Warehouse Receipt 64907LAEFL | 2,117.00 | 65,909.94 |
| 09/04/2020 | INV #14G-68330. Due 10/04/2020. Orig. Amount $1,817.00. Warehouse Receipt 64798LAEFL | 1,817.00 | 67,726.94 |
| 09/04/2020 | INV #14G-68317. Due 10/04/2020. Orig. Amount $170.00. Warehouse Receipt 64623LAEFL | 170.00 | 67,896.94 |
| 09/04/2020 | INV #14G-68316. Due 10/04/2020. Orig. Amount $2,129.00. Warehouse Receipt 63846LAEFL | 2,129.00 | 70,025.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/04/2020 | INV #14G-68306. Due 10/04/2020. Orig. Amount $2,557.00. Warehouse Receipt 64120LAEFL | 2,557.00 | 72,582.94 |
| 09/05/2020 | INV #14G-68342. Due 10/05/2020. Orig. Amount $1,610.55. Warehouse Receipt 62732LAEFL | 1,610.55 | 74,193.49 |
| 09/05/2020 | INV #14G-68341. Due 10/05/2020. Orig. Amount $10.00. Warehouse Receipt 62737LAEFL | 10.00 | 74,203.49 |
| 09/05/2020 | INV #14G-68339. Due 10/05/2020. Orig. Amount $1,981.00. Warehouse Receipt 64689LAEFL | 1,981.00 | 76,184.49 |
| 09/05/2020 | INV #14G-68338. Due 10/05/2020. Orig. Amount $2,701.00. Warehouse Receipt 64943LAEFL | 2,701.00 | 78,885.49 |
| 09/05/2020 | INV #14G-68337. Due 10/05/2020. Orig. Amount $2,751.00. Warehouse Receipt 64942LAEFL | 2,751.00 | 81,636.49 |
| 09/05/2020 | INV #14G-68336. Due 10/05/2020. Orig. Amount $1,816.00. Warehouse Receipt 64567LAEFL | 1,816.00 | 83,452.49 |
| 09/05/2020 | INV #14G-68335. Due 10/05/2020. Orig. Amount $2,567.00. Warehouse Receipt 64921LAEFL | 2,567.00 | 86,019.49 |
| 09/05/2020 | INV #14G-68334. Due 10/05/2020. Orig. Amount $2,742.00. Warehouse Receipt 64799LAEFL | 2,742.00 | 88,761.49 |
| 09/05/2020 | INV #14G-68333. Due 10/05/2020. Orig. Amount $2,429.00. Warehouse Receipt 64908LAEFL | 2,429.00 | 91,190.49 |
| 09/06/2020 | INV #14G-68340. Due 10/06/2020. Orig. Amount $1,090.00. Warehouse Receipt 62086LAEFL | 1,090.00 | 92,280.49 |
| 09/08/2020 | INV #14G-68434. Due 10/08/2020. Orig. Amount $330.00. | 330.00 | 92,610.49 |
| 09/08/2020 | INV #14G-68433. Due 10/08/2020. Orig. Amount $165.00. | 165.00 | 92,775.49 |
| 09/08/2020 | INV #14G-68432. Due 10/08/2020. Orig. Amount $330.00. | 330.00 | 93,105.49 |
| 09/08/2020 | INV #14G-68431. Due 10/08/2020. Orig. Amount $320.00. | 320.00 | 93,425.49 |
| 09/08/2020 | INV #14G-68430. Due 10/08/2020. Orig. Amount $320.00. | 320.00 | 93,745.49 |
| 09/08/2020 | INV #14G-68429. Due 10/08/2020. Orig. Amount $320.00. | 320.00 | 94,065.49 |
| 09/08/2020 | INV #14G-68428. Due 10/08/2020. Orig. Amount $320.00. | 320.00 | 94,385.49 |
| 09/08/2020 | INV #14G-68426. Due 10/08/2020. Orig. Amount $2,185.00. | 2,185.00 | 96,570.49 |
| 09/09/2020 | INV #14G-68463. Due 10/09/2020. Orig. Amount $170.00. Cargo Release 10781LEFL | 170.00 | 96,740.49 |
| 09/09/2020 | INV #14G-68462. Due 10/09/2020. Orig. Amount $50.00. Cargo Release 10786LEFL | 50.00 | 96,790.49 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
| --- | --- |
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 09/09/2020 | INV #14G-68461. Due 10/09/2020. Orig. Amount $120.00. Cargo Release 10797LEFL | 120.00 | 96,910.49 |
| 09/09/2020 | INV #14G-68460. Due 10/09/2020. Orig. Amount $30.00. Cargo Release 11581LEFL | 30.00 | 96,940.49 |
| 09/09/2020 | INV #14G-68459. Due 10/09/2020. Orig. Amount $495.00. Warehouse Receipt 65287LAEFL | 495.00 | 97,435.49 |
| 09/09/2020 | INV #14G-68458. Due 10/09/2020. Orig. Amount $495.00. Warehouse Receipt 65288LAEFL | 495.00 | 97,930.49 |
| 09/10/2020 | INV #14G-68494. Due 10/10/2020. Orig. Amount $1,360.00. Warehouse Receipt 64893LEFL | 1,360.00 | 99,290.49 |
| 09/10/2020 | INV #14G-68493. Due 10/10/2020. Orig. Amount $1,110.00. Warehouse Receipt 64377LEFL | 1,110.00 | 100,400.49 |
| 09/10/2020 | INV #14G-68492. Due 10/10/2020. Orig. Amount $1,725.00. Warehouse Receipt 64383LAEFL | 1,725.00 | 102,125.49 |
| 09/10/2020 | INV #14G-68491. Due 10/10/2020. Orig. Amount $1,805.00. Warehouse Receipt 64384LAEFL | 1,805.00 | 103,930.49 |
| 09/10/2020 | INV #14G-68490. Due 10/10/2020. Orig. Amount $1,540.00. Warehouse Receipt 65079LAEFL | 1,540.00 | 105,470.49 |
| 09/11/2020 | INV #14G-68519. Due 10/11/2020. Orig. Amount $692.19. | 692.19 | 106,162.68 |
| 09/15/2020 | INV #14G-68640. Due 10/15/2020. Orig. Amount $1,785.00. Warehouse Receipt 65434LAEFL | 1,785.00 | 107,947.68 |
| 09/15/2020 | INV #14G-68639. Due 10/15/2020. Orig. Amount $1,785.00. Warehouse Receipt 65436LAEFL | 1,785.00 | 109,732.68 |
| 09/16/2020 | INV #14G-68705. Due 10/16/2020. Orig. Amount $70.00. Cargo Release 11594LEFL | 70.00 | 109,802.68 |
| 09/16/2020 | INV #14G-68704. Due 10/16/2020. Orig. Amount $250.00. Cargo Release 11195 | 250.00 | 110,052.68 |
| 09/16/2020 | INV #14G-68703. Due 10/16/2020. Orig. Amount $250.00. Cargo Release 11197 | 250.00 | 110,302.68 |
| 09/16/2020 | INV #14G-68702. Due 10/16/2020. Orig. Amount $250.00. Cargo Release 11196 | 250.00 | 110,552.68 |
| 09/16/2020 | INV #14G-68701. Due 10/16/2020. Orig. Amount $200.00. Cargo Release 11193 | 200.00 | 110,752.68 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
| --- | --- |
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 09/16/2020 | INV #14G-68700. Due 10/16/2020. Orig. Amount $190.00. Cargo Release 11194 | 190.00 | 110,942.68 |
| 09/16/2020 | INV #14G-68699. Due 10/16/2020. Orig. Amount $250.00. Cargo Release 11198 | 250.00 | 111,192.68 |
| 09/16/2020 | INV #14G-68698. Due 10/16/2020. Orig. Amount $20.00. Cargo Release 11179 | 20.00 | 111,212.68 |
| 09/16/2020 | INV #14G-68697. Due 10/16/2020. Orig. Amount $40.00. Cargo Release 11322LEFL | 40.00 | 111,252.68 |
| 09/16/2020 | INV #14G-68696. Due 10/16/2020. Orig. Amount $450.00. Master # G000050466LEFL; Reference  G000050466LEFL | 450.00 | 111,702.68 |
| 09/16/2020 | INV #14G-68695. Due 10/16/2020. Orig. Amount $93.60. Master # G00050468; Reference  G00050468 | 93.60 | 111,796.28 |
| 09/16/2020 | INV #14G-68694. Due 10/16/2020. Orig. Amount $450.00. House # G0005075; Reference  G0005075 | 450.00 | 112,246.28 |
| 09/16/2020 | INV #14G-68693. Due 10/16/2020. Orig. Amount $173.82. House # G00050077; Reference  G00050077 | 173.82 | 112,420.10 |
| 09/16/2020 | INV #14G-68692. Due 10/16/2020. Orig. Amount $200.21. House # G00050076; Reference  G00050076 | 200.21 | 112,620.31 |
| 09/16/2020 | INV #14G-68691. Due 10/16/2020. Orig. Amount $550.00. Master # G00050828LEFL; Reference  G00050828LEFL | 550.00 | 113,170.31 |
| 09/16/2020 | INV #14G-68690. Due 10/16/2020. Orig. Amount $450.00. Master # G00050849LEFL; Reference  G00050849LEFL | 450.00 | 113,620.31 |
| 09/16/2020 | INV #14G-68689. Due 10/16/2020. Orig. Amount $251.61. Master # G00050826LEFL; Reference  G00050826 | 251.61 | 113,871.92 |
| 09/16/2020 | INV #14G-68688. Due 10/16/2020. Orig. Amount $369.36. Master # G00050846LEFL; Reference  G00050846LEFL | 369.36 | 114,241.28 |
| 09/16/2020 | INV #14G-68687. Due 10/16/2020. Orig. Amount $200.21. Master # G00050847LEFL; Reference  G00050847LEFL | 200.21 | 114,441.49 |
| 09/16/2020 | INV #14G-68686. Due 10/16/2020. Orig. Amount $200.21. House # G00050848LEFL; Reference  G00050848LEFL | 200.21 | 114,641.70 |
| 09/16/2020 | INV #14G-68685. Due 10/16/2020. Orig. Amount $137.82. Master # G00050917LEFL; Reference  G00050917LEFL | 137.82 | 114,779.52 |
| 09/16/2020 | INV #14G-68684. Due 10/16/2020. Orig. Amount $250.17. Master # G00050916LEFL; Reference  G00050916LEFL | 250.17 | 115,029.69 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/16/2020 | INV #14G-68683. Due 10/16/2020. Orig. Amount $200.21. Master # G00050894LEFL; Reference  G000050894LEFL | 200.21 | 115,229.90 |
| 09/16/2020 | INV #14G-68682. Due 10/16/2020. Orig. Amount $235.70. Master # G00051068LEFL; Reference  G00051068LEFL | 235.70 | 115,465.60 |
| 09/16/2020 | INV #14G-68681. Due 10/16/2020. Orig. Amount $200.21. Master # G00051069LEFL; Reference  G000051069LEFL | 200.21 | 115,665.81 |
| 09/16/2020 | INV #14G-68680. Due 10/16/2020. Orig. Amount $388.82. Master # G00051074LEFL; Reference  G000051074LEFL | 388.82 | 116,054.63 |
| 09/16/2020 | INV #14G-68679. Due 10/16/2020. Orig. Amount $169.41. Master # G00051089LEFL; Reference  G00051089LEFL | 169.41 | 116,224.04 |
| 09/16/2020 | INV #14G-68678. Due 10/16/2020. Orig. Amount $409.12. Master # G00051090LEFL; Reference  G00051090LEFL | 409.12 | 116,633.16 |
| 09/16/2020 | INV #14G-68677. Due 10/16/2020. Orig. Amount $328.92. Master # G00051091LEFL; Reference  G00051091LEFL | 328.92 | 116,962.08 |
| 09/16/2020 | INV #14G-68676. Due 10/16/2020. Orig. Amount $409.12. Master # G00050976LEFL; Reference  G00050976LEFL | 409.12 | 117,371.20 |
| 09/16/2020 | INV #14G-68675. Due 10/16/2020. Orig. Amount $115.20. Master # G00051078LEFL; Reference  G00051078LEFL | 115.20 | 117,486.40 |
| 09/16/2020 | INV #14G-68674. Due 10/16/2020. Orig. Amount $137.82. Master # G00051077LEFL; Reference  G00051077LEFL | 137.82 | 117,624.22 |
| 09/16/2020 | INV #14G-68673. Due 10/16/2020. Orig. Amount $304.67. Master # G00050977LEFL; Reference  G00050977LEFL | 304.67 | 117,928.89 |
| 09/16/2020 | INV #14G-68672. Due 10/16/2020. Orig. Amount $251.69. Master # G00050885LEFL; Reference  G00050885LEFL | 251.69 | 118,180.58 |
| 09/16/2020 | INV #14G-68670. Due 10/16/2020. Orig. Amount $476.69. Warehouse Receipt  64741LAEFL | 476.69 | 118,657.27 |
| 09/16/2020 | INV #14G-68669. Due 10/16/2020. Orig. Amount $143.60. Warehouse Receipt  65278LAEFL | 143.60 | 118,800.87 |
| 09/16/2020 | INV #14G-68668. Due 10/16/2020. Orig. Amount $1,305.00. Warehouse Receipt  62849LAEFL | 1,305.00 | 120,105.87 |
| 09/16/2020 | INV #14G-68667. Due 10/16/2020. Orig. Amount $1,283.04. Warehouse Receipt  61381LAEFL | 1,283.04 | 121,388.91 |
| 09/17/2020 | PMT #ACH. | -1,175.00 | 120,213.91 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/22/2020 | INV #14G-68853. Due 10/22/2020. Orig. Amount $1,425.00. Warehouse Receipt 65283LAEFL | 1,425.00 | 121,638.91 |
| 09/22/2020 | INV #14G-68852. Due 10/22/2020. Orig. Amount $1,705.00. Warehouse Receipt 65369LAEFL | 1,705.00 | 123,343.91 |
| 09/30/2020 | INV #14G-69109. Due 10/30/2020. Orig. Amount $1,357.03. Warehouse Receipt 62821LEFL | 1,357.03 | 124,700.94 |
| 09/30/2020 | INV #14G-69108. Due 10/30/2020. Orig. Amount $981.52. Warehouse Receipt 62119LAEFL | 981.52 | 125,682.46 |
| 09/30/2020 | INV #14G-69107. Due 10/30/2020. Orig. Amount $1,102.03. Warehouse Receipt 61860LAEFL | 1,102.03 | 126,784.49 |
| 10/09/2020 | INV #14G-69418. Due 11/08/2020. Orig. Amount $200.00. Warehouse Receipt 66799LAEFL | 200.00 | 126,984.49 |
| 10/09/2020 | INV #14G-69413. Due 11/08/2020. Orig. Amount $20.00. Cargo Release 11634LEFL | 20.00 | 127,004.49 |
| 10/09/2020 | INV #14G-69412. Due 11/08/2020. Orig. Amount $269.41. Warehouse Receipt 64385LAEFL | 269.41 | 127,273.90 |
| 11/20/2020 | INV #14G-70523. Due 12/20/2020. Orig. Amount $1,520.00. Warehouse Receipt 67814LAEFL | 1,520.00 | 128,793.90 |
| 11/20/2020 | INV #14G-70522. Due 12/20/2020. Orig. Amount $1,570.00. Warehouse Receipt 66622LAEFL | 1,570.00 | 130,363.90 |
| 11/20/2020 | INV #14G-70521. Due 12/20/2020. Orig. Amount $1,300.00. Warehouse Receipt 66463LAEFL | 1,300.00 | 131,663.90 |
| 11/20/2020 | INV #14G-70520. Due 12/20/2020. Orig. Amount $1,375.00. Warehouse Receipt 66259LAEFL | 1,375.00 | 133,038.90 |
| 11/20/2020 | INV #14G-70519. Due 12/20/2020. Orig. Amount $1,055.00. Warehouse Receipt 66258LAEFL | 1,055.00 | 134,093.90 |
| 11/20/2020 | INV #14G-70518. Due 12/20/2020. Orig. Amount $1,315.00. Warehouse Receipt 66079LAEFL | 1,315.00 | 135,408.90 |
| 11/20/2020 | INV #14G-70517. Due 12/20/2020. Orig. Amount $254.22. Warehouse Receipt 65768LAEFL | 254.22 | 135,663.12 |
| 11/20/2020 | INV #14G-70516. Due 12/20/2020. Orig. Amount $342.58. Warehouse Receipt 65769LAEFL | 342.58 | 136,005.70 |
| 11/20/2020 | INV #14G-70512. Due 12/20/2020. Orig. Amount $304.67. Master # G00051616LEFL; Reference G00051616LEFL | 304.67 | 136,310.37 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/20/2020 | INV #14G-70511. Due 12/20/2020. Orig. Amount $936.60. Warehouse Receipt 68427LEFL | 936.60 | 137,246.97 |
| 11/20/2020 | INV #14G-70568. Due 12/20/2020. Orig. Amount $192.50. Master # G00051481LEFL; Reference  G00051481LEFL | 192.50 | 137,439.47 |
| 11/20/2020 | INV #14G-70567. Due 12/20/2020. Orig. Amount $262.18. Master # G00051420LEFL; Reference  G00051420LEFL | 262.18 | 137,701.65 |
| 11/20/2020 | INV #14G-70566. Due 12/20/2020. Orig. Amount $208.55. Master # G00051424LEFL; Reference  G00051424LEFL | 208.55 | 137,910.20 |
| 11/20/2020 | INV #14G-70565. Due 12/20/2020. Orig. Amount $81.25. Master # G00051798LEFL; Reference  G00051798LEFL | 81.25 | 137,991.45 |
| 11/20/2020 | INV #14G-70564. Due 12/20/2020. Orig. Amount $120.00. Master # G00051797LEFL; Reference  G00051797LEFL | 120.00 | 138,111.45 |
| 11/20/2020 | INV #14G-70563. Due 12/20/2020. Orig. Amount $176.46. Master # G00051796LEFL; Reference  G00051796LEFL | 176.46 | 138,287.91 |
| 11/20/2020 | INV #14G-70562. Due 12/20/2020. Orig. Amount $426.16. Master # G00051794LEFL; Reference  G00051794LEFL | 426.16 | 138,714.07 |
| 11/20/2020 | INV #14G-70561. Due 12/20/2020. Orig. Amount $81.25. Master # G00051687LEFL; Reference  G00051687LEFL | 81.25 | 138,795.32 |
| 11/20/2020 | INV #14G-70560. Due 12/20/2020. Orig. Amount $120.00. Master # G00051686LEFL; Reference  G00051686LEFL | 120.00 | 138,915.32 |
| 11/20/2020 | INV #14G-70559. Due 12/20/2020. Orig. Amount $143.56. Master # G00051685LEFL; Reference  G00051685LEFL | 143.56 | 139,058.88 |
| 11/20/2020 | INV #14G-70558. Due 12/20/2020. Orig. Amount $262.18. Master # G00051684LEFL; Reference  G00051684LEFL | 262.18 | 139,321.06 |
| 11/20/2020 | INV #14G-70557. Due 12/20/2020. Orig. Amount $362.66. Master # G00051662; Reference  G00051662LEFL | 362.66 | 139,683.72 |
| 11/20/2020 | INV #14G-70556. Due 12/20/2020. Orig. Amount $426.16. Master # G00051661LEFL; Reference  G00051661LEFL | 426.16 | 140,109.88 |
| 11/20/2020 | INV #14G-70555. Due 12/20/2020. Orig. Amount $143.56. Master # G00051660LEFL; Reference  G00051660LEFL | 143.56 | 140,253.44 |
| 11/20/2020 | INV #14G-70554. Due 12/20/2020. Orig. Amount $138.75. Master # G00051659LEFL; Reference  G00051659LEFL | 138.75 | 140,392.19 |
| 11/20/2020 | INV #14G-70553. Due 12/20/2020. Orig. Amount $262.18. Master # G00051605LEFL; Reference  G00051605LEFL | 262.18 | 140,654.37 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|---|
| 3/15/2021 |

| To: |
|---|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/20/2020 | INV #14G-70552. Due 12/20/2020. Orig. Amount $208.55. Master # G00051604LEFL; Reference  G00051604LEFL | 208.55 | 140,862.92 |
| 11/20/2020 | INV #14G-70551. Due 12/20/2020. Orig. Amount $138.75. Master # G00051603LEFL; Reference  G00051603LEFL | 138.75 | 141,001.67 |
| 11/20/2020 | INV #14G-70550. Due 12/20/2020. Orig. Amount $317.36. Master # G00051602LEFL; Reference  G00051602LEFL | 317.36 | 141,319.03 |
| 11/20/2020 | INV #14G-70549. Due 12/20/2020. Orig. Amount $360.60. Master # G00051599LEFL; Reference  G00051599LEFL | 360.60 | 141,679.63 |
| 11/20/2020 | INV #14G-70548. Due 12/20/2020. Orig. Amount $362.66. Master # G00051598LEFL; Reference  G00051598LEFL | 362.66 | 142,042.29 |
| 11/20/2020 | INV #14G-70547. Due 12/20/2020. Orig. Amount $295.28. Master # G00051597LEFL; Reference  G00051597LEFL | 295.28 | 142,337.57 |
| 11/20/2020 | INV #14G-70546. Due 12/20/2020. Orig. Amount $327.83. Master # G00051596LEFL; Reference  G00051596LEFL | 327.83 | 142,665.40 |
| 11/20/2020 | INV #14G-70545. Due 12/20/2020. Orig. Amount $166.24. Master # G00051489LEFL; Reference  G00051489LEFL | 166.24 | 142,831.64 |
| 11/20/2020 | INV #14G-70544. Due 12/20/2020. Orig. Amount $201.68. Master # G00051483LEFL; Reference  G00051483LEFL | 201.68 | 143,033.32 |
| 11/20/2020 | INV #14G-70543. Due 12/20/2020. Orig. Amount $160.43. Master # G00051480LEFL; Reference  G00051480LEFL | 160.43 | 143,193.75 |
| 11/20/2020 | INV #14G-70542. Due 12/20/2020. Orig. Amount $362.66. Master # G00051479LEFL; Reference  G00051479LEFL | 362.66 | 143,556.41 |
| 11/20/2020 | INV #14G-70541. Due 12/20/2020. Orig. Amount $262.18. Master # G00051473LEFL; Reference  G00051473LEFL | 262.18 | 143,818.59 |
| 11/20/2020 | INV #14G-70540. Due 12/20/2020. Orig. Amount $426.16. Master # G00051472LEFL; Reference  G00051472LEFL | 426.16 | 144,244.75 |
| 11/20/2020 | INV #14G-70539. Due 12/20/2020. Orig. Amount $81.25. Master # G00051425LEFL; Reference  G00051425LEFL | 81.25 | 144,326.00 |
| 11/20/2020 | INV #14G-70538. Due 12/20/2020. Orig. Amount $317.36. Master # G00051419LEFL; Reference  G00051419LEFL | 317.36 | 144,643.36 |
| 11/20/2020 | INV #14G-70537. Due 12/20/2020. Orig. Amount $166.24. Master # G00051418LEFL; Reference  G00051418LEFL | 166.24 | 144,809.60 |
| 11/20/2020 | INV #14G-70536. Due 12/20/2020. Orig. Amount $264.18. Master # G00051377LEFL; Reference  G00051377LEFL | 264.18 | 145,073.78 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | | Amount Due | Amount Enc. |
| --- | --- | --- | --- |
| | | $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/20/2020 | INV #14G-70535. Due 12/20/2020. Orig. Amount $317.36. Master # G00051373LEFL; Reference G00051373LEFL | 317.36 | 145,391.14 |
| 11/20/2020 | INV #14G-70534. Due 12/20/2020. Orig. Amount $138.75. Master # G00051372LEFL; Reference G00051372LEFL | 138.75 | 145,529.89 |
| 11/21/2020 | INV #14G-70533. Due 12/21/2020. Orig. Amount $279.00. Master # G00051371LEFL; Reference G00051371LEFL | 279.00 | 145,808.89 |
| 11/21/2020 | INV #14G-70532. Due 12/21/2020. Orig. Amount $311.00. Master # G00051368LEFL; Reference G00051368LEFL | 311.00 | 146,119.89 |
| 11/21/2020 | INV #14G-70531. Due 12/21/2020. Orig. Amount $290.15. Master # G00051251LEFL; Reference G00051251LEFL | 290.15 | 146,410.04 |
| 11/21/2020 | INV #14G-70530. Due 12/21/2020. Orig. Amount $138.75. Master # G00051236LEFL; Reference G00051236LEFL | 138.75 | 146,548.79 |
| 11/21/2020 | INV #14G-70529. Due 12/21/2020. Orig. Amount $403.99. Warehouse Receipt 67504LAEFL | 403.99 | 146,952.78 |
| 11/21/2020 | INV #14G-70528. Due 12/21/2020. Orig. Amount $1,680.00. Warehouse Receipt 67327LAEFL | 1,680.00 | 148,632.78 |
| 11/21/2020 | INV #14G-70527. Due 12/21/2020. Orig. Amount $1,952.50. Warehouse Receipt 67122LAEFL | 1,952.50 | 150,585.28 |
| 11/21/2020 | INV #14G-70526. Due 12/21/2020. Orig. Amount $1,425.00. Warehouse Receipt 67070LAEFL | 1,425.00 | 152,010.28 |
| 11/21/2020 | INV #14G-70525. Due 12/21/2020. Orig. Amount $1,255.00. Warehouse Receipt 67068LAEFL | 1,255.00 | 153,265.28 |
| 11/21/2020 | INV #14G-70524. Due 12/21/2020. Orig. Amount $1,510.00. Warehouse Receipt 66979LAEFL | 1,510.00 | 154,775.28 |
| 12/04/2020 | INV #14G-71052. Due 01/03/2021. Orig. Amount $1,556.54. Pickup Order 1379LAEFL | 1,556.54 | 156,331.82 |
| 12/04/2020 | INV #14G-71051. Due 01/03/2021. Orig. Amount $931.00. Pickup Order 1384LAEFL | 931.00 | 157,262.82 |
| 12/11/2020 | INV #14G-71252. Due 01/10/2021. Orig. Amount $10.00. Cargo Release 11852LEFL | 10.00 | 157,272.82 |
| 12/11/2020 | INV #14G-71251. Due 01/10/2021. Orig. Amount $10.00. Cargo Release 11908LEFL | 10.00 | 157,282.82 |
| 02/03/2021 | INV #14G-72767. Due 02/04/2021. Orig. Amount $550.00. Warehouse Receipt 64807LAEFL | 550.00 | 157,832.82 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 02/03/2021 | INV #14G-72766. Due 02/04/2021. Orig. Amount $875.00. Warehouse Receipt 64942LAEFL | 875.00 | 158,707.82 |
| 02/03/2021 | INV #14G-72765. Due 02/04/2021. Orig. Amount $875.00. Warehouse Receipt 64943LAEFL | 875.00 | 159,582.82 |
| 02/03/2021 | INV #14G-72764. Due 02/04/2021. Orig. Amount $550.00. Warehouse Receipt 64565LAEFL | 550.00 | 160,132.82 |
| 02/03/2021 | INV #14G-72763. Due 02/04/2021. Orig. Amount $550.00. Warehouse Receipt 64917LAEFL | 550.00 | 160,682.82 |
| 02/04/2021 | INV #14G-72777. Due 02/05/2021. Orig. Amount $164.80. Warehouse Receipt 64806LAEFL | 164.80 | 160,847.62 |
| 02/04/2021 | INV #14G-72776. Due 02/05/2021. Orig. Amount $556.20. Warehouse Receipt 64800LAEFL | 556.20 | 161,403.82 |
| | | | |
| | EXPOLANKA USA LLC-EXPMIA- | | |
| 07/29/2020 | INV #56698. Due 08/28/2020. Orig. Amount $1,300.00. | 1,300.00 | 162,703.82 |
| 07/31/2020 | INV #56863. Due 08/30/2020. Orig. Amount $1,350.00. | 1,350.00 | 164,053.82 |
| 08/11/2020 | INV #57291. Due 09/10/2020. Orig. Amount $275.00. | 275.00 | 164,328.82 |
| 08/18/2020 | INV #57489. Due 09/17/2020. Orig. Amount $525.00. | 525.00 | 164,853.82 |
| 08/24/2020 | INV #57628. Due 09/23/2020. Orig. Amount $401.40. | 401.40 | 165,255.22 |
| 08/24/2020 | INV #57660. Due 09/23/2020. Orig. Amount $1,750.00. | 1,750.00 | 167,005.22 |
| 08/24/2020 | INV #57674. Due 09/23/2020. Orig. Amount $1,750.00. | 1,750.00 | 168,755.22 |
| 08/27/2020 | INV #57774. Due 09/26/2020. Orig. Amount $1,600.00. | 1,600.00 | 170,355.22 |
| 08/27/2020 | INV #57775. Due 09/26/2020. Orig. Amount $1,600.00. | 1,600.00 | 171,955.22 |
| 08/27/2020 | INV #57776. Due 09/26/2020. Orig. Amount $1,600.00. | 1,600.00 | 173,555.22 |
| 08/31/2020 | INV #57924. Due 09/30/2020. Orig. Amount $1,450.00. | 1,450.00 | 175,005.22 |
| 08/31/2020 | INV #57929. Due 09/30/2020. Orig. Amount $1,450.00. | 1,450.00 | 176,455.22 |
| 08/31/2020 | INV #57930. Due 09/30/2020. Orig. Amount $1,450.00. | 1,450.00 | 177,905.22 |
| 09/03/2020 | INV #58117. Due 10/03/2020. Orig. Amount $1,750.00. | 1,750.00 | 179,655.22 |
| 09/08/2020 | INV #58158. Due 10/08/2020. Orig. Amount $300.00. | 300.00 | 179,955.22 |
| 09/08/2020 | INV #58175. Due 10/08/2020. Orig. Amount $446.19. | 446.19 | 180,401.41 |
| 09/08/2020 | INV #58192. Due 10/08/2020. Orig. Amount $65.00. | 65.00 | 180,466.41 |
| 09/08/2020 | INV #58161. Due 10/08/2020. Orig. Amount $1,600.00. | 1,600.00 | 182,066.41 |
| 09/08/2020 | INV #58162. Due 10/08/2020. Orig. Amount $1,600.00. | 1,600.00 | 183,666.41 |
| 09/08/2020 | INV #58163. Due 10/08/2020. Orig. Amount $1,600.00. | 1,600.00 | 185,266.41 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/08/2020 | INV #58164. Due 10/08/2020. Orig. Amount $1,350.00. | 1,350.00 | 186,616.41 |
| 09/08/2020 | INV #58165. Due 10/08/2020. Orig. Amount $1,450.00. | 1,450.00 | 188,066.41 |
| 09/08/2020 | INV #58166. Due 10/08/2020. Orig. Amount $1,450.00. | 1,450.00 | 189,516.41 |
| 09/08/2020 | INV #58167. Due 10/08/2020. Orig. Amount $1,450.00. | 1,450.00 | 190,966.41 |
| 09/09/2020 | INV #58250. Due 10/09/2020. Orig. Amount $1,750.00. | 1,750.00 | 192,716.41 |
| 09/09/2020 | INV #58251. Due 10/09/2020. Orig. Amount $1,785.00. | 1,785.00 | 194,501.41 |
| 09/10/2020 | INV #58256. Due 10/10/2020. Orig. Amount $8,700.00. | 8,700.00 | 203,201.41 |
| 09/10/2020 | INV #58301. Due 10/10/2020. Orig. Amount $1,550.00. | 1,550.00 | 204,751.41 |
| 09/11/2020 | INV #58358. Due 10/11/2020. Orig. Amount $8,700.00. | 8,700.00 | 213,451.41 |
| 09/14/2020 | INV #58399. Due 10/14/2020. Orig. Amount $477.58. | 477.58 | 213,928.99 |
| 09/14/2020 | INV #58401. Due 10/14/2020. Orig. Amount $8,700.00. | 8,700.00 | 222,628.99 |
| 09/14/2020 | INV #58408. Due 10/14/2020. Orig. Amount $807.86. | 807.86 | 223,436.85 |
| 09/15/2020 | INV #58447. Due 10/15/2020. Orig. Amount $400.00. | 400.00 | 223,836.85 |
| 09/15/2020 | INV #58448. Due 10/15/2020. Orig. Amount $400.00. | 400.00 | 224,236.85 |
| 09/15/2020 | INV #58449. Due 10/15/2020. Orig. Amount $300.00. | 300.00 | 224,536.85 |
| 09/15/2020 | INV #58450. Due 10/15/2020. Orig. Amount $400.00. | 400.00 | 224,936.85 |
| 09/15/2020 | INV #58451. Due 10/15/2020. Orig. Amount $300.00. | 300.00 | 225,236.85 |
| 09/15/2020 | INV #58455. Due 10/15/2020. Orig. Amount $172.52. | 172.52 | 225,409.37 |
| 09/15/2020 | INV #58479. Due 10/15/2020. Orig. Amount $1,295.00. | 1,295.00 | 226,704.37 |
| 09/15/2020 | INV #58481. Due 10/15/2020. Orig. Amount $300.00. | 300.00 | 227,004.37 |
| 09/15/2020 | INV #58490. Due 10/15/2020. Orig. Amount $3,450.00. | 3,450.00 | 230,454.37 |
| 09/15/2020 | INV #58506. Due 10/15/2020. Orig. Amount $198.88. | 198.88 | 230,653.25 |
| 09/16/2020 | INV #58528. Due 10/16/2020. Orig. Amount $221.33. | 221.33 | 230,874.58 |
| 09/16/2020 | INV #58531. Due 10/16/2020. Orig. Amount $1,450.00. | 1,450.00 | 232,324.58 |
| 09/16/2020 | INV #58555. Due 10/16/2020. Orig. Amount $162.30. | 162.30 | 232,486.88 |
| 09/17/2020 | INV #58580. Due 10/17/2020. Orig. Amount $8,700.00. | 8,700.00 | 241,186.88 |
| 09/17/2020 | INV #58615. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 242,636.88 |
| 09/17/2020 | INV #58616. Due 10/17/2020. Orig. Amount $3,450.00. | 3,450.00 | 246,086.88 |
| 09/17/2020 | INV #58618. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 247,536.88 |
| 09/17/2020 | INV #58619. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 248,986.88 |
| 09/17/2020 | INV #58620. Due 10/17/2020. Orig. Amount $1,785.00. | 1,785.00 | 250,771.88 |
| 09/17/2020 | INV #58624. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 252,221.88 |
| 09/17/2020 | INV #58625. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 253,671.88 |
| 09/17/2020 | INV #58626. Due 10/17/2020. Orig. Amount $1,450.00. | 1,450.00 | 255,121.88 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
|------|
| 3/15/2021 |

| To: |
|-----|
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| Amount Due | Amount Enc. |
|------------|-------------|
| $336,402.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/17/2020 | INV #58627. Due 10/17/2020. Orig. Amount $275.00. | 275.00 | 255,396.88 |
| 09/18/2020 | INV #58642. Due 10/18/2020. Orig. Amount $189.58. | 189.58 | 255,586.46 |
| 09/21/2020 | INV #58669. Due 10/21/2020. Orig. Amount $3,450.00. | 3,450.00 | 259,036.46 |
| 09/22/2020 | INV #58728. Due 10/22/2020. Orig. Amount $1,200.00. | 1,200.00 | 260,236.46 |
| 09/22/2020 | INV #58743. Due 10/22/2020. Orig. Amount $280.77. | 280.77 | 260,517.23 |
| 09/22/2020 | INV #58755. Due 10/22/2020. Orig. Amount $177.75. | 177.75 | 260,694.98 |
| 09/22/2020 | INV #58756. Due 10/22/2020. Orig. Amount $206.33. | 206.33 | 260,901.31 |
| 09/23/2020 | INV #58812. Due 10/23/2020. Orig. Amount $576.80. | 576.80 | 261,478.11 |
| 09/23/2020 | INV #58820. Due 10/23/2020. Orig. Amount $1,575.00. | 1,575.00 | 263,053.11 |
| 09/23/2020 | INV #58821. Due 10/23/2020. Orig. Amount $1,550.00. | 1,550.00 | 264,603.11 |
| 09/23/2020 | INV #58822. Due 10/23/2020. Orig. Amount $1,450.00. | 1,450.00 | 266,053.11 |
| 09/23/2020 | INV #58823. Due 10/23/2020. Orig. Amount $332.18. | 332.18 | 266,385.29 |
| 09/23/2020 | INV #58824. Due 10/23/2020. Orig. Amount $1,450.00. | 1,450.00 | 267,835.29 |
| 09/23/2020 | INV #58828. Due 10/23/2020. Orig. Amount $1,750.00. | 1,750.00 | 269,585.29 |
| 09/24/2020 | INV #58888. Due 10/24/2020. Orig. Amount $162.87. | 162.87 | 269,748.16 |
| 09/25/2020 | INV #58905. Due 10/25/2020. Orig. Amount $200.00. | 200.00 | 269,948.16 |
| 09/25/2020 | INV #58909. Due 10/25/2020. Orig. Amount $8,700.00. | 8,700.00 | 278,648.16 |
| 09/25/2020 | INV #58910. Due 10/25/2020. Orig. Amount $1,450.00. | 1,450.00 | 280,098.16 |
| 09/29/2020 | INV #58920. Due 10/29/2020. Orig. Amount $3,700.00. | 3,700.00 | 283,798.16 |
| 09/29/2020 | INV #58942. Due 10/29/2020. Orig. Amount $560.40. | 560.40 | 284,358.56 |
| 09/29/2020 | INV #58943. Due 10/29/2020. Orig. Amount $236.95. | 236.95 | 284,595.51 |
| 09/30/2020 | INV #58958. Due 10/30/2020. Orig. Amount $437.34. | 437.34 | 285,032.85 |
| 09/30/2020 | INV #58976. Due 10/30/2020. Orig. Amount $271.01. | 271.01 | 285,303.86 |
| 09/30/2020 | INV #58977. Due 10/30/2020. Orig. Amount $127.05. | 127.05 | 285,430.91 |
| 09/30/2020 | INV #59477. Due 10/30/2020. Orig. Amount $3,700.00. | 3,700.00 | 289,130.91 |
| 09/30/2020 | INV #59664. Due 10/30/2020. Orig. Amount $3,450.00. | 3,450.00 | 292,580.91 |
| 09/30/2020 | INV #59792. Due 10/30/2020. Orig. Amount $3,450.00. | 3,450.00 | 296,030.91 |
| 09/30/2020 | INV #59952. Due 10/30/2020. Orig. Amount $3,450.00. | 3,450.00 | 299,480.91 |
| 10/01/2020 | INV #59005. Due 10/31/2020. Orig. Amount $204.21. | 204.21 | 299,685.12 |
| 10/01/2020 | INV #59006. Due 10/31/2020. Orig. Amount $177.60. | 177.60 | 299,862.72 |
| 10/01/2020 | INV #59026. Due 10/31/2020. Orig. Amount $263.52. | 263.52 | 300,126.24 |
| 10/02/2020 | INV #59095. Due 11/01/2020. Orig. Amount $325.83. | 325.83 | 300,452.07 |
| 10/02/2020 | INV #59096. Due 11/01/2020. Orig. Amount $214.00. | 214.00 | 300,666.07 |
| 10/05/2020 | INV #59135. Due 11/04/2020. Orig. Amount $598.92. | 598.92 | 301,264.99 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |

# Statement

Evolution Logistics Corp
9800 NW 100th Road
Suite 1
Medley, FL 33178

| Date |
| --- |
| 3/15/2021 |

| To: |
| --- |
| EXPOLANKA USA LLC<br>2100 NW 97th Avenue, Suite 100<br>Miami, FL 33172. UNITED STATES |

| | | Amount Due | Amount Enc. |
| --- | --- | --- | --- |
| | | $336,402.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 10/05/2020 | INV #59162. Due 11/04/2020. Orig. Amount $420.81. | 420.81 | 301,685.80 |
| 10/06/2020 | INV #59235. Due 11/05/2020. Orig. Amount $1,200.00. | 1,200.00 | 302,885.80 |
| 10/07/2020 | INV #59297. Due 11/06/2020. Orig. Amount $378.36. | 378.36 | 303,264.16 |
| 10/08/2020 | INV #59308. Due 11/07/2020. Orig. Amount $400.00. | 400.00 | 303,664.16 |
| 10/08/2020 | INV #59309. Due 11/07/2020. Orig. Amount $300.00. | 300.00 | 303,964.16 |
| 10/09/2020 | INV #59350. Due 11/08/2020. Orig. Amount $1,785.00. | 1,785.00 | 305,749.16 |
| 10/09/2020 | INV #59366. Due 11/08/2020. Orig. Amount $168.00. | 168.00 | 305,917.16 |
| 10/13/2020 | INV #59471. Due 11/12/2020. Orig. Amount $1,200.00. | 1,200.00 | 307,117.16 |
| 10/14/2020 | INV #59531. Due 11/13/2020. Orig. Amount $252.43. | 252.43 | 307,369.59 |
| 10/14/2020 | INV #59536. Due 11/13/2020. Orig. Amount $1,750.00. | 1,750.00 | 309,119.59 |
| 10/14/2020 | INV #59540. Due 11/13/2020. Orig. Amount $1,750.00. | 1,750.00 | 310,869.59 |
| 10/16/2020 | INV #59614. Due 11/15/2020. Orig. Amount $425.00. | 425.00 | 311,294.59 |
| 10/19/2020 | INV #59678. Due 11/18/2020. Orig. Amount $1,785.00. | 1,785.00 | 313,079.59 |
| 10/21/2020 | INV #59793. Due 11/20/2020. Orig. Amount $1,200.00. | 1,200.00 | 314,279.59 |
| 10/21/2020 | INV #59794. Due 11/20/2020. Orig. Amount $1,750.00. | 1,750.00 | 316,029.59 |
| 10/21/2020 | INV #59798. Due 11/20/2020. Orig. Amount $579.40. | 579.40 | 316,608.99 |
| 10/23/2020 | INV #59859. Due 11/22/2020. Orig. Amount $233.26. | 233.26 | 316,842.25 |
| 10/29/2020 | INV #60096. Due 11/28/2020. Orig. Amount $1,750.00. | 1,750.00 | 318,592.25 |
| 10/29/2020 | INV #60097. Due 11/28/2020. Orig. Amount $3,375.00. | 3,375.00 | 321,967.25 |
| 11/06/2020 | INV #60373. Due 12/06/2020. Orig. Amount $3,450.00. | 3,450.00 | 325,417.25 |
| 11/06/2020 | INV #60374. Due 12/06/2020. Orig. Amount $1,750.00. | 1,750.00 | 327,167.25 |
| 11/06/2020 | INV #60375. Due 12/06/2020. Orig. Amount $1,850.00. | 1,850.00 | 329,017.25 |
| 11/10/2020 | INV #60450. Due 12/10/2020. Orig. Amount $2,150.00. | 2,150.00 | 331,167.25 |
| 11/12/2020 | INV #60544. Due 12/12/2020. Orig. Amount $3,450.00. | 3,450.00 | 334,617.25 |
| 12/30/2020 | INV #62008. Due 01/29/2021. Orig. Amount $1,785.00. | 1,785.00 | 336,402.25 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 5,906.00 | 30,008.92 | 300,487.33 | $336,402.25 |