UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21042-ALTONAGA/Torres

EVOLUTION LOGISTICS CORPORATION,

       Plaintiff/Counterclaim Defendant,

v.

EFL GLOBAL LLC,

       Defendant/Counterclaim Plaintiff.

## NOTICE OF FILING OF MEDIATOR'S REPORT

In accordance with the Court's Order Scheduling Mediation [D.E. 30] and Local Rule 16.2(f), the parties to the above-captioned matter, by and through undersigned counsel, hereby file the attached Mediator's Report of Hon. John Thornton (ret.). The parties anticipate finalizing the settlement referenced therein shortly and filing a notice of dismissal with prejudice promptly thereafter.

| | |
|---|---|
| **MEJER LAW, P.A.** | **GIBBONS P.C.** |
| By: /s/ Alvaro L. Mejer . | By: /s/ Philip W. Crawford . |
|     Alvaro L. Mejer |     Philip W. Crawford |
|     Florida Bar No. 222623 |     Florida Bar No. 99361 |
| |     Frederick W. Alworth[*] |
|   and |     Kevin R. Reich[*] |
| Shanshan Liang, Esq. | [*]*Admitted pro hac vice* |
| Florida Bar No. 112991 | |
| **THE MOONEY LAW FIRM, LLC** | |
| *Attorneys for Plaintiff/* | *Attorneys for Defendant/* |
| *Counterclaim Defendant* | *Counterclaim Plaintiff* |
| Dated: October 29, 2021 | Dated: October 29, 2021 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of October 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Philip W. Crawford
Philip W. Crawford, Esq.
Florida Bar ID # 99361

## SERVICE LIST

Alvaro Luis Mejer, Esq. (via CM/ECF)
Mejer Law, P.A.
Sun Trust Plaza / Suite 504
201 Alhambra Circle
Coral Gables, FL  33134
amejer@mejerlaw.com

Shanshan Liang, Esq. (via CM/ECF)
The Mooney Law Firm, LLC
2717 Neuchatel Drive
Tallahassee, FL  32303
sliang@customscourt.com

*Attorneys for Plaintiff/Counterclaim Defendant*