IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21042-CIV-ALTONAGA/Torres

EVOLUTION LOGISTICS
CORPORATION,

Plaintiff,

v.

EFL GLOBAL LLC,

Defendant.
_____/

**MEDIATOR'S REPORT**

The Parties and their attorneys met with the undersigned mediator on October 22, 2021 in good faith to attempt to mediate this matter to resolution. All parties and counsel were present. The parties were able to reach an agreement and the case has settled.

**I HEREBY CERTIFY** that on October 25, 2021, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties.

Respectfully submitted,

_____
John Thornton
JAMS Mediator/Neutral

## SERVICE LIST

Alvaro L. Mejer, Esq.
L/O Alvaro L. Mejer
201 Alhambra Circle
Suite 504
Miami, FL 33131
T: 305-444-3555
F: 305-442-4300
E: AMejer@mejerlaw.com

*Counsel for Plaintiffs*

Philip W. Crawford, Esq.
Frederick W. Alworth, Esq.
Kevin R. Reich, Esq.
Gibbons P.C.
One Gateway Center
3rd Floor
Newark, NJ 07102-5310
P: 973-596-4500
F: 973-596-0545
E: pcrawford@gibbonslaw.com
    falworth@gibbonslaw.com
    kreich@gibbonslaw.com

*Counsel for Defendants*